UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Malcolm Jacob Wilson, and M.J.W., *minor child*, | Civ. No. 23-2197 (JWB/LIB) |
| Plaintiffs, | |
| v. | |
| State of Minnesota; Judge Michelle Lawson; County of Clay; Caitlyn Hurlock, *Attorney for State*; Emily Schaffer, *Guardian Ad Litem, Clay County Social Services*; Child Protective Services of Clay County; Amy Amundson, *Clay County Social Services*; and Stacey Martin, *Clay County Social Services*, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| Defendants. | |

---

United States Magistrate Judge Leo I. Brisbois issued a Report and Recommendation ("R&R") on October 16, 2023. (Doc. No. 4.) No objections have been filed to that R&R in the time permitted. In the absence of timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    The October 16, 2023 Report and Recommendation (Doc. No. 4) is **ACCEPTED**; and

2. This case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: November 14, 2023

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge